# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 10, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149503

JULIAN LAFONTSEE,
                Plaintiff-Appellant,

v

                                     SC: 149503
                                     COA: 313613

HOME-OWNERS INSURANCE COMPANY,     Kent CC: 11-010346-NI
                Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the March 27, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH, J., would grant leave to appeal.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2014



Clerk

s1203